UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Jesus Arias, )<br>)<br>   Plaintiff )<br>)<br>v. )<br>)<br>MAREN ENGINEERING CORP., BALERS )<br>AND STUFF, FLOM CORPORATION, )<br>LEONARD DELL RHODES, AND )<br>BARRACUDA CONSULTING, INC. )<br>)<br>   Defendant(s) )<br>) | Civil Action No. 1:09-cv-10440-GOA |

## **JOINT PROPOSED REVISED SCHEDULING ORDER**

The parties hereto propose that this Court extend the discovery and other deadlines by two months in this matter, so that the following deadlines be applied to this litigation:

| | |
|---|---|
| Initial Disclosures on Remaining Defendants *(completed)* | March 1, 2010 |
| Responses to Interrogatories and Document Requests *(completed)* | March 31, 2010 |
| Discovery Completed | February 1, 2011 |
| Plaintiff's Expert Disclosures Due | March 1, 2011 |
| Defendant's Expert Disclosures Due | April 1, 2011 |
| Summary Judgments (if any) filed by Deft's | April 15, 2011 |
| Plaintiff's Response to Summary Judgments (if any) Due | May 15, 2011 |

The parties represent that they have been diligently conducting discovery of the parties and third party witnesses in several states, and that scheduling conflicts and witness unavailability require this additional extension to allow the parties to fully complete discovery.

The parties propose that the Court establish any status conferences (if required) and hearing dates upon motion at its discretion.

| | |
|---|---|
| Plaintiff,<br>By his attorneys, | Defendant,<br>Maren Engineering Corporation,<br>By their attorney, |

Plaintiff,
By his attorneys,

*/s/ Daniel Malis, Esq.*
Daniel Malis, Esq. BBO# 315770
MALIS | LAW
30 Second Street
Cambridge, MA  02141
(617) 491-1099
daniel.malis@malislaw.com

*/s/ Robert D. Armano, Esq.*
Robert D. Armano, Esq. BBO#
Law Offices of Robert D. Armano
265 Broadway
Methuen, MA 01844
(978) 683-7704
robarmano@armanolaw.com

*/s/ Frederick M. Fairburn, Esq.*
Frederick M. Fairburn, Esq. BBO#
Law Offices of Frederick M. Fairburn
360 Merrimack Street, Bldg. 9
Lawrence, MA 01843
(978) 682-9707
fairburnlaw@comcast.net

Defendant,
Barracuda Consulting, Inc.,
By their attorney,

*/s/ Nicholas J. Rosenberg, Esq.*
Nicholas J. Rosenberg, Esq., BBO#
ROSE, CHINITZ & ROSE
One Beacon Street, 4th Floor
Boston, MA 02108
(617) 536-0040
njr@rose-lasw.net

Defendant,
Maren Engineering Corporation,
By their attorney,

*/s/ T. Dos Urbanski, Esq.*
T. Dos Uarbanski, esq., BBO# 652465
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02109
(617) 523-6200
durbanski@malicklaw.com

Defendant,
Balers and Stuff, Inc.
by their attorney,

*/s/ Brian M. Cullen, Esq.*
Brian M. Cullen, Esq., BBO# 547427
Law Offices of Thomas M. Niarchos
100 Summer Street, Suite 201
Boston, MA 02110
(617) 772-2800
bcullen@travelers.com

Defendant,
Flom Corporation,
by their attorney,

*/s/ Joseph T. Black, Esq.*
Joseph T. Black, Esq., BBO#
Law Offices of Brown and Black
200 Berkeley Street, 16th Floor
Boston, MA 02116
(617) 654-8700
joseph.black@libertymutual.com